# United States District Court Violation Notice

CVB Location Code: MA41

Violation Number: 4107509
Officer Name (Print): Rheault
Officer No.: 7137

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 2/28/14 0815
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 39 CFR 232.1 (d)
Place of Offense: GMF Boston, 25 Dorchester Ave. 02205

Offense Description: Factual Basis for Charge:
Failure to obey Lawful Order

## DEFENDANT INFORMATION
Last Name: Demarco
First Name: Michael
M.I.: A

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 125 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/28, 20 14 while exercising my duties as a law enforcement officer in the _____ District of MA.

The Defendant was asked to leave the premisis and refused. After locating the Defendant he was asked to leave work and refused. He was escorted out of the building, but swore at me and refused to leave. He was placed on the ground and handcuffed, after trying to elbow me and bump into the other officer helping me. We walked him out of the building and took the handcuffs off and told him to leave the property. During this situation he called 911 at least 3 times. The Defendant remained loud and insulted all the officers present until he was off the property.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/13/2014
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident